922

No. 90–7424. KISKILA ET UX. *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF RIVERSIDE (BUSINESS EXCHANGE, INC., ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–7425. DIAZ *v.* TERRELL ET AL. C. A. 7th Cir. Certiorari denied.

No. 90–7426. WOODARD *v.* BERRY, AS SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–7428. WILLIAMS *v.* EVANS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–7429. ZATKO *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA (MARSHALL, WARDEN, REAL PARTY IN INTEREST). C. A. 9th Cir. Certiorari denied.

No. 90–7430. ZATKO *v.* MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 90–7431. MASTERS ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 90–7440. BILBRO *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 90–7443. ALLEN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 90–7444. FARMER *v.* OKLAHOMA ET AL. Sup. Ct. Okla. Certiorari denied.

No. 90–7446. BEN-MOSHE *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 90–7450. GREENE *v.* MILLS, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–7452. MORRISON *v.* BROOKS, SUPERINTENDENT, ROBESON CORRECTIONAL CENTER. C. A. 4th Cir. Certiorari denied.